**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LEE ROY BROWN, ID # 1027084,** | § | |
| **Petitioner,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 3:05-CV-1026-P** |
| | § | **ECF** |
| **NATHANIEL QUARTERMAN, Director,** | § | **Referred to U.S. Magistrate Judge** |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| **Respondent.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters in this case, including the Findings, Conclusions and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

**SIGNED this 18th day of January, 2008.**

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE